

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CAROLYN BASSETT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:09-CV-142-A |
| | § | |
| MICHAEL J. ASTRUE, | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On June 25, 2010, United States Magistrate Judge Jeffrey Cureton issued his proposed findings and conclusions and his recommendation in the above-captioned action. The recommendation is that the decision of defendant, Michael J. Astrue, Commissioner of Social Security, ("Commissioner") that plaintiff, Carolyn Bassett, is "not entitled to or eligible for a period of disability or disability insurance benefits under sections 216(i) and 223, respectively, or Supplemental Security Income payments under sections 1602 and 1614(a)(3)(A) of the Social Security Act," be affirmed.[1] Pursuant to 28 U.S.C. § 636, Magistrate Judge Cureton granted each party until July 16, 2010, to serve and file written objections to his proposed findings and conclusions and recommendation. Neither party filed an objection. After a thorough study of the filings of the parties, the magistrate judge's proposed findings and conclusions, and the

---

[1] The language quoted in the text is the decision of the Appeals Council, Tr. at 9, which is the final decision of the Commissioner, id. at 6.

applicable legal authorities, the court has decided to adopt Magistrate Judge Cureton's proposed findings and conclusions and accept his recommendation. Therefore,

The court ORDERS that the decision of defendant that plaintiff is not entitled to or eligible for a period of disability or disability insurance benefits under sections 216(i) and 223, respectively, or Supplemental Security Income payments under sections 1602 and 1614(a)(3)(A) of the Social Security Act, be, and is hereby, affirmed.

SIGNED July 20, 2010.

JOHN McBRYDE
United States District Judge